August 26, 2011

Mr. Noel West Short
WEST SHORT & ASSOCIATES, P.C.
313 West 10th Street
Georgetown, TX 78626
Mr. Frank B. Lyon
Attorney at Law
6836 Austin Ctr. Blvd., Suite 150
Austin, TX 78731

RE: Case Number: 10-0283
 Court of Appeals Number: 03-08-00055-CV
 Trial Court Number: 06-1259-CC4

Style: CHRISTOPHER N. EPPS AND LAURA L. EPPS
 v.
 BRUCE FOWLER, JR. AND STEPHANIE L. FOWLER

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Nancy E. |
| |Rister |
| |Mr. Jeffrey D. |
| |Kyle |